EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 19 2002

at __ o'clock and ___ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br> EDUARDO VELASCO,                  )<br>  aka "Carlos                      )<br>       Perez-Garcia," (03),)<br>                                   )<br>            Defendant.             )<br>_____) | CR. NO. 00-00185-03 SOM<br><br>THIRD SUPERSEDING<br>INDICTMENT AS TO DEFENDANT<br>EDUARDO VELASCO, AKA<br>CARLOS PEREZ-GARCIA ONLY AS<br>TO COUNT 32 ONLY |

THIRD SUPERSEDING INDICTMENT AS TO DEFENDANT
EDUARDO VELASCO, AKA CARLOS PEREZ-GARCIA ONLY
AS TO COUNT 32 ONLY

The Grand Jury further charges that:

On or about April 27, 2000, in the District of Hawaii and elsewhere, defendant EDUARDO VELASCO, aka "Carlos Perez-Garcia," did knowingly and intentionally possess with intent to distribute in excess of 50 (fifty) grams of methamphetamine, its

salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: _June 19, 2002_, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

<u>United States v. Jose Angel Lemon-Pena, et al.</u>
Third Superseding Indictment as to Defendant
Eduardo Velasco, aka "Carlos Perez-Garcia,"
Only as to Count 32 Only
Cr. No. 00-00185-03 SOM

2